**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 24-cr-00034-JL-AJ** |
| | ) | |
| **BENJAMIN M. FIELDS** | ) | |

**PETITION FOR WRIT OF HABEAS CORPUS**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee: **BENJAMIN M. FIELDS**

2. Detained by: **MERRIMACK COUNTY CORRECTIONAL FACILITY, 314 DANIEL WEBSTER HIGHWAY, BOSCAWEN, NH 03303**

3. Detainee is charged in the district by
(**X**) Indictment ( ) Information ( ) Complaint
OR ( **)** is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **September 4, 2026 at 11:00 AM** for **SENTENCING.**

Date: August 31, 2026

/s/ Cesar A. Vega
Cesar A. Vega
Assistant U.S. Attorney

WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum ( ) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:

_______________________________
Deputy Clerk