UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

BENJAMIN FIELDS

CASE NO.: 24-cr-00034-JL

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Defendant Benjamin Fields, through his counsel, files this assented-to motion to continue the sentencing hearing. In support thereof, Defendant Fields states as follows:

1. On October 16, 2025, Defendant Benjamin Fields pled guilty to conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C §§ 841(a)(1), (b)(1)(B)(vi), and 846. Sentencing is presently set for September 2, 2026.

2. Undersigned counsel seeks one final continuance to allow for additional time to finalize and file a sentencing memorandum, and, in turn, provide the government time to file its memorandum, and allow the Court sufficient time to review the filings.

3. The parties conferred in an effort to identify the earliest date possible in order to avoid any additional delay to sentencing. Counsel for the government is set to pick a jury on September 14, 2026.

4. As a result, Defendant Fields respectfully requests a continuance to sentencing to the week of September 28, 2026.

5. Assistant United States Attorney Cesar Vega, on behalf of the government, assents to the relief requested.

WHEREFORE, for the reasons set forth above, Defendant Benjamin Fields respectfully requests that this Honorable Court:

A. Continue the sentencing hearing to the week of September 28, 2026; and

B. Grant any further relief deemed just and proper.

Respectfully submitted,

BENJAMIN FIELDS

By His Attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: September 2, 2026 By: */s/ Patrick J. Queenan*

Patrick J. Queenan (#20127)
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8108
pqueenan@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing document upon the attorneys of record for all parties by electronically filing the foregoing document with the Clerk of Court using the Court's electronic filing system, which will automatically send email notification of such filing to registered attorneys of record.

Dated: September 2, 2026 */s/ Patrick J. Queenan*

Patrick J. Queenan